# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| KHALIL TERRY, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:17-cv-30 |
| | * | |
| v. | * | |
| | * | |
| J.V. FLOURNOY, Warden, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's October 25, 2017, Report and Recommendation, dkt. no. 10, to which Petitioner has filed Objections, dkt. no. 12.[1] After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Petitioner's Objections. Consequently, the Court **DISMISSES** Petitioner's Petition for writ of habeas corpus, filed pursuant

---

[1] In addition to his Objections, Petitioner has filed an amendment to his Petition. Dkt. No. 11. The Court has considered that Amendment when issuing this Order. The arguments asserted in the Amendment, like the arguments asserted in Petitioner's original filing, do not attack the manner in which his sentence is being executed. Additionally, these arguments cannot be pursued through a Section 2241 Petition under the saving clause of 28 U.S.C. § 2255(e). Thus, Petitioner's Petition, even as amended, must be dismissed.

to 28 U.S.C. § 2241. Additionally, the Court **DENIES** Petitioner leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ___8___ day of ___December___, 2017.

                                     _____
                                     HON. LISA GODBEY WOOD, JUDGE
                                     UNITED STATES DISTRICT COURT
                                     SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)